1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   HUI YU,                              )
12                                      )   No. C 07-2749 EMC
                 Petitioner,            )
13                                      )
            v.                          )
14                                      )   **DECLINATION TO PROCEED BEFORE**
   MICHAEL CHERTOFF, Secretary of       )   **A MAGISTRATE JUDGE** and
15 Department of Homeland Security;     )   **REQUEST FOR REASSIGNMENT TO A**
   EMILIO T. GONZALEZ, Director of the  )   **UNITED STATES DISTRICT JUDGE**
16 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director           )
17 of USCIS California Service Center; and )
   ROBERT S. MUELLER, III, Director of  )
18 Federal Bureau of Investigations,    )
                                        )
19               Respondents.           )
                                        )
20

21     The Defendants hereby decline to consent to the assignment of this case to a United States

22 Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a

23 United States District Judge.

   Dated: July 27, 2007                    Respectfully submitted,
24
                                           SCOTT N. SCHOOLS
25                                         United States Attorney

26
                                                    /s/
27                                         ILA C. DEISS
                                           Assistant United States Attorney
28                                         Attorneys for Respondents