# CERTIFICATE OF SERVICE

### Hui Yu v. Michael Chertoff; et al.
### C 07-2749 EMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served this date upon the party(ies) as follows:

[✓] **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ] **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

[ ] **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

[ ] **FEDERAL EXPRESS**

[ ] **CERTIFIED MAIL**

[ ] **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Hui Yu, Pro Se
5348 Edmonton Common
Fremont, CA 94555

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2007 at San Francisco, California.

/s/
CAROL E. WEXELBAUM
Legal Assistant