UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUI YU,

         Plaintiff,

   v.

MICHAEL CHERTOFF, et al.,

         Defendants.
_____/

Case No. 07-2749 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    ( x )    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (   )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: August 2, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California