SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUI YU, | ) |
|               Petitioner, | ) No. C 07-2749 WHA |
|           v. | ) |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director of USCIS California Service Center; and ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations, | ) **ADR CERTIFICATION** |
|               Respondents. | ) |

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov> discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

1  Dated: August 8, 2007                              /s/
                                                    Ila C. Deiss
2                                                   Assistant United States Attorney
                                                    Attorney for Defendants
3

4
   Dated: August 7, 2007                             /s/
5                                                   Hui Yu
                                                    *Pro Se*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR Certification
C07-2749 WHA                                2