1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   HUI YU,                              )
12                                      )  No. C 07-2749 WHA
                 Petitioner,            )
13                                      )
              v.                        )
14                                      )  **NOTICE OF NEED FOR ADR**
   MICHAEL CHERTOFF, Secretary of       )  **PHONE CONFERENCE [ADR L.R. 3-5]**
15 Department of Homeland Security;     )
   EMILIO T. GONZALEZ, Director of the  )
16 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director           )
17 of USCIS California Service Center; and )
   ROBERT S. MUELLER, III, Director of  )
18 Federal Bureau of Investigations,    )
                                        )
19               Respondents.           )
                                        )
20

21     The parties have not reached an agreement to an ADR process.

22     Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

23 Counsel before the case management conference.

24     Last day to file Joint Case Management Statement:     August 23, 2007

25     Date of Initial Case Management Conference:     August 30, 2007

26     The following counsel will participate in the ADR phone conference:

27

28

Notice of Need for ADR Phone Conference
C 07-2749 WHA                          1

| | Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|---|
| 1 | *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
| 2 | Ila C. Deiss | Defendants | (415) 436-7124 | (415) 436-7169 |
| 3 | Alex Wu<br>Hui Yu | Pro se | (650) 253-2599 | |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____    **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____    _____
                              **ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-2749 WHA                               2