**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUI YU,

    Plaintiff,

  v.

MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director of USCIS California Service Center; and ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations,

    Defendants.

No. C 07-02749 WHA

**CASE MANAGEMENT ORDER**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10. The following schedule is adopted for parties' cross-motions for summary judgment:

Cross-motions for summary judgment will be filed on **SEPTEMBER 20, 2007**.

Cross-oppositions will be filed on **OCTOBER 4, 2007**.

The hearing on cross-motions for summary judgment will be held on **THURSDAY, OCTOBER 25, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE