**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: August 30, 2007

Case No.  C 07-02749 WHA

Title: HUI YU v.  MICHAEL CHERTOFF

Plaintiff Attorneys: Pro Se

Defense Attorneys: Ed Olson for Ila Diess

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    CMC - HELD

2)

Continued to  **10/25/07 at 8:00 am**  for Cross Summary Judgment Motions

Continued to    for Pretrial Conference

Continued to    for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff does not speak English, her son-in-law Alex Yu appeared with her and addressed the Court. Court gave them a copy of the Pro Se Litigant Handbook.

Parties shall agree to file cross summary judgment motions by 9/20/07; and shall file oppositions by 10/4/07.