1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   HUI YU,                              )
12                                      )  No. C 07-2749 WHA
                   Petitioner,          )
13                                      )
            v.                          )
14                                      )  **STIPULATION TO DISMISS AND**
   MICHAEL CHERTOFF, Secretary of       )  **[PROPOSED] ORDER**
15 Department of Homeland Security;     )
   EMILIO T. GONZALEZ, Director of the  )
16 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director           )
17 of USCIS California Service Center; and )
   ROBERT S. MUELLER, III, Director of  )
18 Federal Bureau of Investigations,    )
                                        )
19                 Respondents.         )
                                        )
20

21      Petitioner, appearing *pro se*, and Respondents, by and through their attorney of record, hereby

22 stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

23 of Petitioner's I-485 application.

24      Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation to Dismiss
C07-2749 WHA                                    1

1

Dated: September 25, 2007                                      /s/
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
                                                        Attorney for Respondents

2

3

4

5 Dated: September 21, 2007                                      /s/
                                                        HUI YU
6                                                        *Pro Se*

7                                         **ORDER**

8     Pursuant to stipulation, IT IS SO ORDERED.

9

10  Date:  September 26, 2007

11                                                        
                                                        WIL___
                                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2749 WHA                                   2